# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | |
|---|---|
| PAUL WHITE, | )<br>)<br>)<br>) |
|        *Plaintiff,* | )  Civil Action No. 15-215<br>) |
| v. | )<br>)  ORDER<br>) |
| DONJOHN SHIPBUILDING AND<br>REPAIR, LLC, *et al.*, | )<br>)<br>) |
|        *Defendants.* | )<br>)<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **REMANDED** to the Erie County Court of Common Please pursuant to 28 U.S.C. § 1447(c) due to lack of subject-matter jurisdiction.

(3) Defendants' Motion to Dismiss is **STRICKEN AS MOOT**.

(4) Plaintiff's request for attorney's fees is **DENIED**.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 9th day of March, 2016.

                                                BARBARA J. ROTHSTEIN
                                                UNITED STATES DISTRICT JUDGE